UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|   Plaintiff, | ) CASE NO. MJ22-444 |
|   v. | ) |
| MARIO KEITH BROOKS, | ) DETENTION ORDER |
|   Defendant. | ) |

Offenses charged:

1. Unlawful Possession of a Firearm

Date of Detention Hearing:   September 16, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has an extremely lengthy criminal record that includes a consistent pattern of offenses related to firearm and drug possession. The government alleges that Defendant was arrested when, in violation of federal supervision, he was found with a loaded pistol, suspected fentanyl pills, and crack cocaine.

2. Defendant poses a risk of flight based on his history of substance abuse and a lack of stable residence. Defendant poses a risk of danger based on a history of violent conduct including assault, and a pattern of similar crimes involving weapons and/or drug possession, and the fact that the alleged offenses occurred while Defendant was on Federal Supervision. Defendant is currently detained in connection with case number 2:18-CR-00079 and does not contest detention at this time.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 16th day of September, 2022.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3